| | |
|---|---|
| United States District Court | |
| Eastern District of New York | 1:18-cv-02221-CBA-PK |
| Danielle Louis, individually and on behalf of all others similarly situated | |
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal with Prejudice |
| The Stop & Shop Supermarket Company LLC | |
| Defendant | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: November 5, 2018

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
EDNY Bar Number SS-8533
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

1:18-cv-02221-CBA-PK
United States District Court
Eastern District of New York

Danielle Louis, individually and on behalf of all others similarly situated

                          Plaintiff

    - against -

The Stop & Shop Supermarket Company LLC

                          Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  November 5, 2018

                                                                    /s/ Spencer Sheehan
                                                                        Spencer Sheehan